# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT BROWN, JR.,
　　　　　　　　　Appellant,
vs.
THE STATE OF NEVADA,
　　　　　　　　　Respondent.

No. 84317

FILED

MAR 1 0 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court minute order denying a pretrial "motion to dismiss stand by counsel and appoint qualified standby counsel of foreign law." Eighth Judicial District Court, Clark County; Jacqueline M. Bluth, Judge.

Because no statute or court rule permits an appeal from a pretrial order denying a "motion to dismiss stand by counsel and appoint qualified standby counsel of foreign law", this court lacks jurisdiction to consider this appeal. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

22-07652

cc: Hon. Jacqueline M. Bluth, District Judge
Robert Brown, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A